UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>COUNTY OF RIVERSIDE,<br><br>        Respondent. | Case No.  2:24-cv-0688-WBS-JDP (P)<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 11, 2025, the magistrate judge filed findings and recommendations herein which was served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed February 11, 2025, are adopted in full;

    2. This action is DISMISSED without prejudice for failure to state a claim, failure to prosecute, and failure to comply with court orders for the reasons set forth in the October 3, 2024 order;

    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

    4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated: February 28, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE